HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISRAEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON CRAWFORD et al.,<br><br>Defendant. | Case No.  1:15-mj-0066-SAB<br><br>**STIPULATION TO CONTINUE THE ARRAIGNMENT; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff; Carrie McCreary, Counsel for Defendant Aaron Crawford; and Assistant Federal Defender Jerome Price, Counsel for Defendant Israel Washington, that the preliminary hearing currently scheduled for May 8, 2015 at 1:30 p.m. may be continued to May 11, 2015 at 1:30 p.m.

The parties stipulate to this continuance at the request of counsel for Defendant Israel Washington, who will be unavailable on the date that was scheduled by the Court before he was assigned the case.  This continuance of one court day will allow for continuity of counsel and ensure that Mr. Washington's current counsel could address any issues regarding future scheduling, discovery, and time exclusion at the arraignment, or alternatively allow for counsel to be present to conduct the preliminary hearing should one be necessary.  The government does

not oppose this request.  Since there has yet to be an indictment filed—and thus a not-guilty plea entered—the statutory rights under the Speedy Trial Act have not been triggered. *See* 18 U.S.C. § 3161(c)(1).  Therefore, time exclusion is not an issue with respect to this continuance.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  May 5, 2015            */s/ Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 5, 2015             */s/  Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ISRAEL WASHINGTON

Date: May 5, 2015             */s/  Carrie McCreary*
CARRIE MCCREARY
Attorney for Defendant
AARON CRAWFORD

## O R D E R

The above stipulation is accepted.  For the reasons set forth above, the requested continuance is granted for good cause.  The preliminary hearing currently set for May 8, 2015 is continued to May 11, 2015, at 1:30 p.m. before Magistrate Judge Barbara McAuliffe.

IT IS SO ORDERED.

Dated:   **May 5, 2015**

UNITED STATES MAGISTRATE JUDGE

-2-