# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISRAEL LOUIS WASHINGTON, <br><br> Defendant. | CR NO: 1:15-cr-00128 LJO |

**FILED**
MAY 1 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Israel Louis Washington
Detained at: Fresno County Jail

Detainee is:
- a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility **after appearing on May 11, 2015 at 1:30**
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary MAY 11, 2015 in the Eastern District of California.*

Signature: _Kimberly A. Sanchez /KAJ_
Printed Name & Phone No: Kathleen A. Servatius
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on May 11, 2015 at 1:30 p.m and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/8/2015

_____
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | _____ | ☐ Male ☐ Female |
| Booking or CDC #: | _____ | DOB: _____ |
| Facility Address: | _____ | Race: _____ |
| Facility Phone: | _____ | FBI#: _____ |
| Currently | _____ | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)