## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:15-CR-128- LJO |
| ISRAEL LOUIS WASHINGTON | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Israel Louis Washington
Detained at: Fresno County Jail
Detainee is: a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Israel Louis Washington or November 30, 2015 at 1:00PM] in the Eastern District of*

| | |
|---|---|
| Signature: | /s/ Kathleen A. Servatius |
| Printed Name & Phone No: | KATHLEEN A. SERVATIUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, Israel Louis Washington or November 30, 2015 at 1:00PM, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: Sep 21, 2015

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | 1524611 | DOB: | 11/04/1990 |
| Facility Address: | | Race: | BLACK |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____ _____
(signature)