# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ISRAEL LOUIS WASHINGTON<br><br>        Defendant. | NO: 1:15-CR-128- LJO |

**FILED**
JUN 16 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | Israel Louis Washington |
| Detained at | | Fresno County Jail |
| Detainee is: | a.) | ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: _____ |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary Israel Louis Washington on June 20, 2016 at 8:30AM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kathleen A. Servatius |
| Printed Name & Phone No: | KATHLEEN A. SERVATIUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, Israel Louis Washington or November 30, 2015 at 1:00PM, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 16, 16

/s/ Sheila K. Oberto
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | 7018396 | DOB: | |
| Facility Address: | | Race: | BLACK |
| Facility Phone: | | FBI#: | 552532CD4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                            (signature)