IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:15-CR-00128 LJO** |
| **Plaintiff,** | **ORDER DISMISSING PRETRIAL SERVICE VIOLATION PETITION AND RECALLING WARRANT** |
| **v.** | |
| **ISRAEL WASHINGTON,** | |
| **Defendant.** | |

The United States of America, having moved this Court to dismiss the Pretrial Services Violation Petition in this case, in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the Pretrial Services Violation Petition be dismissed.

IT IS FURTHER ORDERED the warrant is recalled.

IT IS SO ORDERED.

Dated:   **July 20, 2016**              /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE