1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 1:15-CR-00128-LJO-SKO
12 |                      Plaintiff,     | STIPULATION AND FINAL ORDER OF
   |                                     | FORFEITURE
13 |            v.                       |
14 | ISRAEL LOUIS WASHINGTON,            |
15 |                      Defendant.     |
16 |—————————————————————————————————————|
   | MARGIE DANA,                        |
17 |                                     |
   |                      Petitioner.    |
18

19         IT IS HEREBY STIPULATED, by and between plaintiff United States of America and

20 petitioner Margie Dana (hereafter "Dana" or "petitioner"), to compromise and settle her interest in the

21 Heckler and Koch model P2000, 9mm handgun, and to consent to the entry of a Final Order of

22 Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

23         1.      The United States hereby incorporates by reference, as though fully set forth herein, all

24 of its averments contained in its Application for Preliminary Order of Forfeiture and Publication

25 Thereof filed on May 11, 2016.

26         2.      On or about May 12, 2016, the Court entered a Preliminary Order of Forfeiture,

27 forfeiting to the United States all right, title, and interest of defendant Israel Louis Washington in the

28 following property:

STIPULATION AND FINAL ORDER OF FORFEITURE         1

    a. Heckler and Koch model P2000, 9mm handgun.

  3. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, third parties asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

  4. Beginning on June 5, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.  A Declaration of Publication was filed on July 6, 2016.

  5. The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a. Eric Dana

    b. Carrie Christine McCreary, criminal defense counsel for co-defendant Aaron Crawford

    c. Carlos Young

  6. On June 24, 2016, Margie Dana filed a timely petition alleging an interest in the Heckler and Koch model P2000, 9mm handgun.  No other third party has filed a claim or petition to the subject property and the time for any person or entity to file a claim or petition has expired.

  7. The parties hereby stipulate that Margie Dana has a legal right, title, or interest to the Heckler and Koch model P2000, 9mm handgun, and such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for her interest, because such interest was vested in her rather than defendant Israel Louis Washington at the time of the commission of the acts which give rise to the forfeiture of the firearm.  *See* 18 U.S.C. §§ 983(d)(2)(A), 982(b)(1) and 28 U.S.C. § 2461(c) (incorporating 21 U.S.C. § 853(n)).  The parties further stipulate, however, that Israel Louis Washington has a potential interest in the firearm and the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of his interest.

///

8. Petitioner Margie Dana hereby releases plaintiff United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of the firearm. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture and sale, as well as to those now known or disclosed. The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

9. All parties are to bear their own costs and attorneys' fees, if any.

Dated: August 15, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: July 16, 2016

/s/ Margie Dana
MARGIE DANA
Petitioner, Pro Se
(Original signature retained by attorney)

### ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement, above.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), forfeiting all right, title, and interest of Israel Louis Washington in the subject property.

2. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

3. Within 45 days of entry of this Final Order of Forfeiture, the Bureau of Alcohol, Tobacco, Firearms and Explosives shall return the Heckler and Koch model P2000, 9mm handgun to petitioner Margie Dana.

IT IS SO ORDERED.

Dated: __**August 16, 2016**__  _____/s/ Lawrence J. O'Neill_____
                                                              UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION AND FINAL ORDER OF FORFEITURE          4